Case: 1:20−mj−00259
Assigned To : Faruqui, Zia M.
Assign. Date : 12/28/2020
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On November 23, 2020, the government sought and obtained a complaint charging Amina Washington-Bey ("Washington-Bey"), with Entering or Remaining in Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) and with Unlawful Entry in violation of 22 D.C. Code § 3302(b). On December 8, 2020 the government filed an information charging the same two violations.

On December 11, 2020 a detention and competency hearing was held in the above case (20-mj-235). The government's motion for pretrial detention was denied and Washington-Bey was ordered released with conditions. Washington-Bey was verbally advised of the release conditions by Magistrate Judge Robin Meriweather from the bench. An Order Setting Conditions of Release was filed that same day. Washington-Bey was released on a number of conditions, including:

- Report for supervision to Pretrial Services weekly by phone;
- Report to Community Connections;
- Maintain Mental Health Services, to include medication regimen, as directed by Pretrial Services; and
- Stay away from the White House Complex

Magistrate Judge Meriweather notified Washington-Bey of the bounds of the White House Complex stay away order, which includes the area bounded by and including K Street NW, 13th Street NW, Pennsylvania Avenue NW, 12th Street NW, Constitution Avenue NW, and 19th Street NW. A map of the stay away area was attached to the Order Setting Conditions of Release, filed on December 11, 2020. That map is attached as Statement of Facts Exhibit A.

After the detention hearing, it was discovered that a detainer was filed by the U.S. Parole Commission. Washington-Bey remained in custody until a hearing was held in that matter. He[1] was released from custody on December 21, 2020.

On December 27, 2020 at approximately 12:10 AM, United States Secret Service (USSS) Officer Jordan Blankenship was in full police uniform and on routine vehicle patrol when he responded to 725 17th Street NW in Washington, D.C. Officer Blankenship observed Amina Washington-Bey sitting on a bench adjacent to the New Executive Office Building. Officer Blankenship was familiar with Washington-Bey's history and believed that Washington-Bey was subject to a stay away order from the area around the White House.

Officer Blankenship initiated a conversation with Washington-Bey and asked "Do you know where you are? This is the White House." Washington-Bey responded "Yeah, I'm just walking around." Officer Blankenship asked "You know you're not supposed to be here?" Washington-Bey nodded.

Washington-Bey was further identified by a Washington, D.C. identification card. Database checks were requested for Washington-Bey through the USSS Joint Operations Center (JOC).

---

[1] Amina Washington-Bey is biologically female but identifies as male.

The JOC confirmed that Washington-Bey had an active stay away order from the area around the White House issued by the United States District Court for the District of Columbia in case 20-mj-235. Washington-Bey was inside the stay away area.

Washington-Bey was placed under arrest and searched incident to arrest. A small canister of pepper spray was found during the search. Washington-Bey informed officers that he was off his prescribed medication. Washington-Bey was transported to the Comprehensive Psychiatric Emergency Program where he was evaluated, treated, and released back to police custody.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 401(3) (Contempt) and 22 D.C. Code § 3302(b) (Unlawful entry on property).

_____
Jordan Blankenship
Officer, United States Secret Service
Badge Number 2482

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of December, 2020.*

_____
Robin M. Meriweather
U.S. Magistrate Judge

**Statement of Facts, Exhibit A**

