UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Magistrate Number   20-mj-00259 |
| v. | |
| | **VIOLATIONS:** |
| **AMINA WASHINGTON-BEY,** | |
| | 18 U.S.C. § 401(3) |
| Defendant. | (Contempt of Court) |
| | (Count One) |
| | |
| | 22 D.C. Code § 3302(b) |
| | (Unlawful Entry Public Property) |
| | (Count Two) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about December 27, 2020, in the District of Columbia, the defendant, **AMINA WASHINGTON-BEY**, did knowingly violate a valid Court Order issued in Federal case number 1:20-mj-0235 in the United States District Court for the District of Columbia, (1) by entering and remaining in the area surrounding the White House that is bounded by and includes K Street, N.W.; 13th Street, N.W.; Pennsylvania Avenue, N.W.; 12th Street, N.W.; Constitution Avenue, N.W.; and 19th Street, N.W., without lawful authority to do so.

(**Contempt of Court for Violation of a Release Condition**, in violation of Title 18, United States Code, Sections 401(3))

## COUNT TWO

On or about December 27, 2020, within the District of Columbia, the defendant, **AMINA WASHINGTON-BEY,** without lawful authority, did enter and attempt to enter certain public property, that is, public property surrounding the White House that is bounded by and includes K Street, N.W.; 13th Street, N.W.; Pennsylvania Avenue, N.W.; 12th Street, N.W.; Constitution Avenue, N.W.; and 19th Street, N.W., against the will of the United States Secret Service Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of D.C. Code, Section 3302(b))

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    New York Bar Number 4444188


By: *Mary A. Freeman*
    MARY A. FREEMAN
    Wyoming Bar No. 7-5473
    Special Assistant U.S. Attorney
    Federal Major Crimes
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530
    Mary.Freeman@usdoj.gov
    (202) 803-1628